**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CHINA AI CAPITAL LIMITED,

                          Plaintiff,

          - against -

DLA PIPER LLP (US), and CARYN
SCHECHTMAN,

                          Defendants,

          - and –

LINK MOTION INC. f/k/a NQ MOBILE INC.,

                          Nominal Defendant
-------------------------------------------------------------X

21 **CIVIL** 10911 (VM)

**JUDGMENT**
**For Attorney's Fees and Costs**

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Decision and Order dated November 17, 2025, the Court adopts the

recommendations set forth in the R&R in their entirety substantially for the reasons stated by

Judge Figueredo in the R&R; and it is further ORDERED that judgment is entered by the Clerk

of Court and an award is made in the amount of $634,525.39 in attorneys' fees and $2,331.50 in

costs.

**Dated:**  New York, New York

          November 18, 2025

                                        **TAMMI M. HELLWIG**

                                        _____
                                              **Clerk of Court**

                          **BY:**

                                        _____
                                              **Deputy Clerk**